IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR131 |
| vs. | |
| AMALIA DIAZ, | ORDER |
| Defendant. | |

This matter is before the court on the defendant's motion for a 60-day extension of time in which to file pretrial motions [26]. Upon review of the filing, the court finds that the motion should be denied without prejudice, as it fails to supply an affidavit pursuant to NECrimR 12.3(a). Accordingly,

**IT IS ORDERED** that the Motion to Extend Time for Filing of Pretrial Motions [26] is denied without prejudice.

Dated this 12th day of September, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge