IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMALIA DIAZ,<br><br>Defendant. | 8:17CR131<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order (Filing No. 62) entered today, judgment is entered in favor of the United States of America and against Defendant Amalia Diaz.

Dated this 19th day of November 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge