IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AMALIA DIAZ,<br><br>    Defendant. | 8:17CR131<br><br>ORDER |

  This matter is before the Court on defendant Amalia Diaz's ("Diaz") pro se Motion to Appoint Counsel (Filing No. 64). Diaz asks the Court to appoint counsel for an anticipated motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) as amended by the First Step Act of 2018 ("First Step Act"), Pub. L. No. 115-391, 132 Stat. 5194 (2018).

  Although Diaz broadly asserts she is at greater risk of severe illness if she contracts COVID-19, she has not shown she has exhausted her administrative remedies nor has she sufficiently shown that the Court should appoint counsel to assist her at this point. For that reason, Diaz's motion to appoint counsel is denied without prejudice. Accordingly,

  IT IS SO ORDERED.

  Dated this 22nd day of April 2022.

                   BY THE COURT:

                   _/s/ Robert F. Rossiter, Jr._
                   Robert F. Rossiter, Jr.
                   Chief United States District Judge