IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR131 |
| v. | |
| AMALIA DIAZ, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 83). The government requests the Court dismiss the Petition for Offender Under Supervision (Filing No. 69) as to defendant Amalia Diaz. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 83) is granted.
2. The Petition for Offender Under Supervision (Filing No. 69) is hereby dismissed without prejudice.
3. Amalia Diaz's previously imposed term of supervision shall continue under the previously imposed conditions.

Dated this 29th day of May 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge